UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 5:25-cv-00026-SP | Date | April 22, 2025 |
|---|---|---|---|
| Title | DENNIS COOPER v. THE TIPSY CACTUS, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **(In Chambers) Order to Show Cause Why Defendant Tipsy Cactus Should Not Be Dismissed for Failure to Effect Service and Prosecute**

On January 6, 2025, plaintiff filed a complaint against two defendants: (1) The Tipsy Cactus; and (2) Gene McCluan, as Trustee of the Gene McCluan and Barbara McCluan Revocable Living Trust ("McCluan"). Under Federal Rule of Civil Procedure 4(m), plaintiff was required to serve each defendant with the summons and complaint within 90 days after the complaint's filing, that is, no later than April 6, 2025. That date has now passed. Plaintiff filed proof of service on defendant McCluan on April 6, 2025. But plaintiff has not filed with the court any proof of service on defendant The Tipsy Cactus with the court, nor is there any other indication before the court that the summons and complaint have been served on that defendant.

Accordingly, plaintiff is ORDERED to show cause in writing by *May 6, 2025* why defendant The Tipsy Cactus should not be dismissed without prejudice for plaintiff's failure to prosecute and serve defendant within the required time period. Plaintiff may discharge this Order to Show Cause by filing, not later than May 6, 2025, proof of service of the summons and complaint and Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent.

**The court warns plaintiff that failure to respond to the Order to Show Cause by May 6, 2025, or further failure to prosecute this action in accordance with court orders, may result in dismissal of this action or defendant for failure to prosecute.**